UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| JAMES RAMON HERNANDEZ, | ) CASE NO. 05-12824 |
| | ) Chapter 7 |
| DEBTOR(S). | ) |

## NOTICE OF UNCLAIMED FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following check issued to the Debtor's last known address was neither returned nor cashed:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| James Ramon Hernandez | 3847 Timberglen Road #3025 Dallas, TX 75287-3814 | $575.23 |
| | Total | $575.23 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $575.23 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: May 6, 2010**

          **Respectfully submitted,**

          **CHAPTER 7 TRUSTEE**
          **444 EAST MAIN STREET**
          **FORT WAYNE, INDIANA 46802**
          **TELEPHONE: (260) 426-0444**
          **FAX: (260) 422-0274**
          **EMAIL:** mseifert@hallercolvin.com

          **BY: /s/ Martin E. Seifert**
              **MARTIN E. SEIFERT**
              **I.D. #16857-02**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Unclaimed Funds has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 6th day of May, 2010, to:

>Steven J. Glaser, Esq.
>Lincoln Tower, Suite 1900
>116 East Berry Street
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>James Ramon Hernandez
>3847 Timberglen Road #3025
>Dallas, TX 75287-3814

     /s/ Martin E. Seifert
**MARTIN E. SEIFERT**